**GRANTED** Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.
**Dated: Dec 05, 2011**


**Brian Whitney**
**District Court Judge**

DATE OF ORDER INDICATED ON ATTACHMENT
CO Denver County District Court 2nd JD
Filing Date: Dec 5 2011 3:10PM MST
Filing ID: 41227685
Review Clerk: Tara L Nelson

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>1437 Bannock Street<br>Denver, Colorado 80202 | |
| **Plaintiff:**<br><br>CAROLYN NELSON,<br><br>v.<br><br>**Defendant:**<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut insurance company. | ▲   **COURT USE ONLY**   ▲<br><br>Case No. 2011cv7591<br><br>Ctrm: |
| **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** | |

THIS MATTER comes before the Court upon the motion of Defendant Hartford Fire Insurance Company ("Hartford") for a 2-week extension of the existing deadline for Hartford to answer or otherwise respond (Colo. R. Civ. P. 12(a)), to and including December 15, 2011, and the Court, being fully advised,

HEREBY ORDERS that Defendant is granted a 14-day extension of its deadline to answer or otherwise respond (Colo. R. Civ. P. 12(a)), to and including December 15, 2011.

Dated this _____ day of _____, 2011.

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Brian R Whitney |
| **File & Serve Transaction ID:** | 41159917 |
| **Current Date:** | Dec 05, 2011 |
| **Case Number:** | 2011CV7591 |
| **Case Name:** | NELSON, CAROLYN vs. HARTFORD FIRE INS CO |
| **Court Authorizer:** | Brian R Whitney |

**/s/ Judge Brian R Whitney**