IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03236-PAB-BNB

CAROLYN NELSON,

Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 17, filed June 6, 2012] (the "Motion").

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to a renewed motion which addresses all remaining scheduling order deadlines, including the dispositive motion deadline.

DATED: June 7, 2012