IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03236-PAB-BNB

CAROLYN NELSON,

Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Renewed Motion to Amend Scheduling Order** [docket no. 20, filed June 8, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
 The parties shall designate all experts and provide opposing
 counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
 on or before **August 24, 2012**;

 The parties shall designate all rebuttal experts and provide
 opposing counsel with all information specified in Fed. R. Civ. P.
 26(a)(2) on or before **September 21, 2012**;

Discovery Cut-Off:             **October 9, 2012**;
Dispositive Motion Deadline:   **October 9, 2012**.

IT IS FURTHER ORDERED that the Pretrial Conference set for October 18, 2012, is **vacated and reset to December 17, 2012, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **December 10, 2012**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED:  June 11, 2012